UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KRISTEN ROBINSON, | NO. 2:25-cv-01306-JHC |
| Plaintiff, | ORDER OF DISMISSAL OF ALL CLAIMS |
| v. | |
| COLUMBIA DEBT RECOVERY, LLC, GREP WASHINGTON, LLC, dba GREYSTAR, | |
| Defendants. | |

## **ORDER**

THIS MATTER having come before the Court upon the Stipulation of the Parties, Dkt. # 15, and the Court having reviewed said Stipulation and finding good cause,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that all claims are to be dismissed with prejudice and without fees or costs awarded to any party.

IT IS SO ORDERED this 27th day of October, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL WITH PREJUDICE- 1
(CS. NO. 2:24-CV-01617-JNW)